

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL 32817

Telephone: 315-701-5780, Fax: 315-701-5781

www.windisability.com
1-888-WIN-SSDI

*Document Electronically Filed*                                    June 5, 2026
Hon. Barbara C. Moses
United States Magistrate Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMO ENDORSED**

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: ___06/08/26___ |

> Re:     Casale v. Commissioner of Social Security
>         <u>Docket No: 1:26-cv-02008-BCM</u>

Hon. Judge Moses:

This letter respectfully requests an extension of time of sixty-one (61) days for Plaintiff to file Plaintiff's Brief in this matter, to August 10, 2026. Plaintiff's Brief is currently due on June 10, 2026; however, Plaintiff cannot complete the Brief on time for the reasons detailed below.

Counsel requests this extension due to multiple, simultaneous filing deadlines. Counsel requires additional time to prepare Plaintiff's brief properly and thoroughly. For instance, between May 29 and August 7, 2026, staff in Counsel's office have three hundred and ten (310) Plaintiff briefs due. This figure does not include briefings which will be due after the filing of Administrative Records throughout this timeframe, Oral Arguments, appeals to Circuit Courts, Reply Briefs, settlement negotiations, and the various other tasks which arise throughout the course of litigation. These circumstances do not allow Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not cause Defendant any undue hardship. This extension is needed to prepare the brief thoroughly and properly.

Plaintiff's counsel has contacted Defense Counsel, who kindly consents to this request and has agreed to the briefing schedule below. This request will not cause Defendant any undue hardship. The parties have agreed on the briefing schedule below. This is Plaintiff's first request for an extension of time.

If Plaintiff's request is granted, the new briefing schedule would be:

- **<u>Plaintiff's Brief is due on or before August 10, 2026;</u>**
- **<u>Defendant's Brief is due on or before October 9, 2026; and</u>**
- **<u>Plaintiff's Reply Brief, if any, is due on or before October 23, 2026.</u>**

# Olinsky Law Group®
A NATIONAL DISABILITY LAW FIRM

www.windisability.com
1-888-WIN-SSDI

250 S Clinton St Ste 210
Syracuse, NY 13202

11875 High Tech Ave Ste 100B
Orlando, FL  32817

Telephone: 315-701-5780, Fax: 315-701-5781

Thank you for your consideration.

Respectfully submitted,

/s/ Howard D. Olinsky
Howard D. Olinsky, Esq.
Counsel for Plaintiff

CC [via ECF]: Candace Brown Casey, Esq., Attorney for Defendant

~~SO ORDERED.~~

Dated: _____

_____
U.S. Magistrate Judge

Application GRANTED. SO ORDERED.

Barbara Moses
United States Magistrate Judge
June 8, 2026